## GENERAL ELECTRIC COMPANY, Appellant

v.

## VIBRANT MEDIA, INC., Appellee

General Electric Company, Appellant

v.

Vibrant Media, Inc., Appellee.

Nos. 2015–1015, 2015–1136.

United States Court of Appeals, Federal Circuit.

Dec. 17, 2015.

Michael Casey, Davidson Berquist Jackson & Gowdey, LLP, McLean, VA, argued for appellant. Also represented by John Scott Davidson, Arlington, VA.

Matthew B. Lowrie, Foley & Lardner LLP, Boston, MA, argued for appellee. Also represented by Kevin M. Littman, Christopher J. McKenna.

PROST, Chief Judge, DYK and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**